1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   DEXTER S.C. FARLOUGH,                    1:07-cv-01108-AWI-WMW (PC)

10              Plaintiff,                   ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
11         vs.                              **OR** PAY FILING FEE

12  NICHOLAS DAWSON, et al.,

13              Defendants.
    _____/

14

15         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16  1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17  pauperis pursuant to 28 U.S.C. § 1915.

18         Accordingly, IT IS HEREBY ORDERED that:

19         1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20  pauperis.

21         2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed

22  application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action.

23  Failure to comply with this order will result in a recommendation that this action be dismissed.

24  IT IS SO ORDERED.

25  **Dated:   August 1, 2007**              _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28