IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER FARLOUGH,

        Plaintiff,               1: 07 CV 1108 AWI WMW PC

   vs.                            ORDER

NICHOLAS DAWSON, et al.,

        Defendants.

     On August 11, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim.  The recommendations was based on an earlier order dismissing the complaint with leave to amend.  On the same date as the entry of the recommendation, Plaintiff filed a first amended complaint, on which this action proceeds.

     Accordingly, IT IS HEREBY ORDERED that the August 11, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   September 9, 2008**           **/s/  William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE