IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER FARLOUGH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NICHOLAS DAWSON, et al.,<br><br>　　　　　　Defendants. | 1:07-cv-1108 AWI YNP (SMS) (PC)<br><br>ORDER RE: FINDINGS & RECOMMENDATIONS<br><br>Document # *24* |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On October 19, 2009, findings and recommendations were entered, recommending denial of Plaintiff's motion for default judgment and motion for injunctive relief. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 19, 2009, are adopted in full; and

2. Plaintiff's motions for default judgment and injunctive relief are denied.

IT IS SO ORDERED.

**Dated:     December 7, 2009**                    /s/ Anthony W. Ishii
                                                                  CHIEF UNITED STATES DISTRICT JUDGE

2